GARY M. RESTAINO
United States Attorney
District of Arizona
BRANDON M. BOLLING
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brandon.bolling@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 23-01630-TUC-SHR (LCK) |
| Plaintiff, | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| v. | |
| D-1: Brenda ORTEGA NIEBLAS, and<br>D-2: Suylenn VASQUEZ ORTEGA, | |
| Defendants. | |

The United States of America hereby gives notice that on January 16, 2024, the Department of Homeland Security, U.S. Customs and Border Protection administratively forfeited two (2) Red Wood, 7.62x39mm caliber rifles with obliterated serial numbers; one (1) M4 style upper receiver, bearing serial number M22-32707; one (1) M4 style lower receiver without a serial number; 200 rounds of 7.62x39mm caliber ammunition; 525 rounds of .45 caliber ammunition; 192 rounds of 9mm caliber ammunition; 120 rounds of .308 caliber ammunition; three (3) magazines; and one (1) 2018 Fiat Uno, VIN:9BD195564J0818707, which were included in the Forfeiture Allegation of the defendants' Indictment.

/ / /

/ / /

/ / /

Therefore, the government will not pursue the criminal forfeiture against the assets listed in this notice.

DATED this 17th day of January, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/Brandon M. Bolling*
>
> BRANDON M. BOLLING
> Assistant U.S. Attorney